UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| AGNESS MCCURRY and ETHA JONES, | ) |
| Plaintiffs, | ) 2:23-CV-00061-DCLC-CRW |
| v. | ) |
| EASTMAN CREDIT UNION, | ) |
| Defendant. | ) |

## JUDGMENT

This case came before the Court on Defendant Eastman Credit Union's Motions for Summary Judgment [Doc. 58] and Judgment on the Pleadings [Doc. 69]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motions are **GRANTED**. The Complaint [Doc. 1] is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court