UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Nov 24, 2025

KELLY L. STEPHENS, Clerk

No. 25-5934

AGNESS MCCURRY; ETHA JONES,

      Plaintiffs-Appellants,

v.

EASTMAN CREDIT UNION,

      Defendant-Appellee.


Before:  GRIFFIN, MURPHY, and RITZ, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.


**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk